UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LEVENSTON HALL, )<br>)<br>             Plaintiff, )<br>    vs. ) No. 1:07-cv-0103-RLY-TAB<br>)<br>FEDERAL BUREAU OF PRISON, )<br>)<br>             Defendant. ) | |

## J U D G M E N T

The court, having this day made its Entry,

   **IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 10/2/07

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Levenston Hall
REG NO 82299-080
Federal Prison Camp
PO Box 12014
Terre Haute, IN 47801