UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LEVENSTON HALL,<br><br>            Plaintiff,<br><br>     vs.<br><br>FEDERAL BUREAU OF PRISON,<br><br>            Defendant. | No. 1:07-cv-0103-RLY-TAB |

# E N T R Y

The plaintiff's motion to dismiss filed on October 4, 2007, is **denied.** The reason for this ruling is that the court ruled on the defendant's motion for summary judgment and entered final judgment in this action on October 2, 2007.

**IT IS SO ORDERED.**

Date:  10/09/2007

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Levenston Hall
Reg No 82299-080
Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801